# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ACUNA,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and DOES 1 to 100,<br><br>    Defendants. | CASE NO.: 2:18-CV-07828 AB (GJSx)<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL [FRCP 41]<br><br>Courtroom:      7B<br>District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Hon. Gail J. Standish<br>Complaint Filed: February 13, 2018<br>Trial Date:     None Set |

   Upon considering the stipulation between Plaintiff NICOLE ACUNA and Defendant WAL-MART STORES, INC. and good cause appearing, therefore,

   IT IS HEREBY ORDERED THAT the case is dismissed, with prejudice.

   **IT IS SO ORDERED.**

Dated: _May 03, 2019_____

_____
Honorable André Birotte Jr.
United States District Judge